# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

Plaintiff-Appellee,

v

JEROME JOSEPH MATTHEWS,

Defendant-Appellant.

UNPUBLISHED
September 13, 2016

No. 327632
Kent Circuit Court
LC No. 14-011325-FH

Before: MURRAY, P.J., and HOEKSTRA and BECKERING, JJ.

BECKERING, J. (*concurring*).

I concur in result only.

/s/ Jane M. Beckering